## DOTY v. CHASE.

EVIDENCE: SUFFICIENCY TO SUPPORT FINDING

*Appeal from Calhoun District Court.*

THURSDAY, APRIL 19.

ACTION to recover specific personal property. Trial to the court, finding for the defendant and judgment accordingly. The plaintiff appeals.

*Jolly & Rollins*, for appellant.

*Geo. B. McCarty*, for appellee.

SEEVERS, J.—Substantially but a single error is assigned, and that is that the evidence is not sufficient to sustain the finding of the court. Under the settled practice of this court it is sufficient to say that the finding is not so manifestly against the evidence as to warrant us in setting it aside.

AFFIRMED.